**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH ANYAN AMOAKO,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 06-00570-CG-B** |
| **DAVID O. STREIFF,**[1] ***et al.***, | : | |
| **Respondents.** | : | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this <u>1st</u> day of August, 2007.


   /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]William Bateman is no longer the Warden of the Perry County Correctional Center. Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, the new Warden of that facility, is hereby substituted for Bateman as a proper Respondent in this action.