IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH ANYAN AMOAKO,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00570-CG-B |
| **DAVID O. STREIFF,**[1] *et al.*, | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 1st day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] William Bateman is no longer the Warden of the Perry County Correctional Center. Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, the new Warden of that facility, is hereby substituted for Bateman as a proper Respondent in this action.